UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **Innovative Sports Management, Inc.,**  **Plaintiff,**  vs.  **Mi Columbia Restaurant, LLC**  **Defendant.** | **Case No.: 3:21-cv-872**  **Judge Aleta A. Trauger** |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Innovative Sports Management, Inc. requests that the clerk of court enter default against defendant Mi Columbia Restaurant, LLC pursuant to Federal Rule of Civil Procedure 55(a). In support of this request plaintiffs rely upon the record in this case and the declaration submitted herein.

Dated this 31st day of January, 2022.

/s/ Michael F. Braun

Michael F. Braun (BPR 032669)
Attorney for the Plaintiff
Post Office Box 364
Brentwood, TN 37024
(615) 378-8942
F: (629) 255-4445
mfb@braun-law.com

## CERTIFICATE OF SERVICE

I hereby certify on January 31, 2022, I caused to serve the following documents entitled:

**Motion for Entry of Default**

On all parties referenced by either electronic filing or enclosing a true copy thereof in a sealed envelope with postage prepaid and addressed to:

Mi Columbia Restaurant, LLC
c/o Andres Isaza
1568 Bell Road
Nashville TN 37211

/s/ Michael F. Braun

Michael F. Braun