UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **Innovative Sports Management, Inc.,** | **Case No.: 3:21-cv-872** |
| Plaintiff, | Judge Aleta A. Trauger |
| vs. | |
| **Mi Columbia Restaurant, LLC** | |
| Defendant. | |

## DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, MICHAEL F. BRAUN, hereby declares as follows:

On this date I caused a copy of the Motion for Entry of Default, Declaration in Support of Motion for Entry of Default, a Letter addressed to the Defendant and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

    Addressee:
    Mi Columbia Restaurant, LLC
    c/o Andres Isaza
    1568 Bell Road
    Nashville TN 37211

The defendant, Mi Columbia Restaurant LLC has failed to plead or otherwise defend.

The Defendant is a state organized entity and not an individual, not a minor and not an incompetent person.

Dated this __31st__ day of January 2022.

I declare under penalty of perjury that the foregoing is true and correct.

        Executed on January 31, 2022.

        /s/ Michael F. Braun

        _____
        MICHAEL F. BRAUN (BPR 032669)
        Attorney for the Plaintiff
        Post Office Box 364
        Brentwood, TN 37024
        (615) 378-8942

Page **2** of **3**

Case 3:21-cv-00872   Document 11-1   Filed 01/31/22   Page 2 of 3 PageID #: 32

## CERTIFICATE OF SERVICE

I hereby certify on January 31, 2022, I caused to serve the following documents entitled,

**Motion for Entry of Default**
**Certificate of Service**
**Entry of Default (Proposed)**
**Letter to Unrepresented Party**
on all parties referenced by either electronic filing or enclosing a true copy thereof in a sealed envelope with postage prepaid and addressed to:

Mi Columbia Restaurant, LLC
c/o Andres Isaza
1568 Bell Road
Nashville TN 37211


/s/ Michael F. Braun

———————————————————
Michael F. Braun