# MICHAEL F. BRAUN

*Attorney at Law*

5016 Centennial Boulevard, Ste. 200
Nashville, Tennessee 37209

ADMITTED         P.O. Box 364         Telephone (615) 378-8942
Tennessee Georgia Alabama    Brentwood, Tennessee 37024    Facsimile (629) 255-4445

*Writer's Email Address: mfb@braun-law.com*

January 31, 2022

**Via U S MAIL**

Mi Columbia Restaurant, LLC
c/o Andres Isaza
1568 Bell Road
Nashville TN 37211

**RE:** ***Innovative Sports Management, Inc. v.***
***Mi Columbia Restaurant, LLC***

Dear Sir:

My firm represents Innovative Sports Management, Inc. You are being served as a Motion for Entry of a Default in the United States District Court for the Middle District of Tennessee.

To date the Court has not received a response to this lawsuit from you. If you have a defense please plead so that the Court may consider setting aside the default.

If you have any questions concerning this feel free to call me directly.

Yours truly,

/s/ Michael F. Braun

MICHAEL F. BRAUN