# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **Innovative Sports Management, Inc.,** | **Case No.: 3:21-cv-872** |
| **Plaintiff,** | **Judge Aleta A. Trauger** |
| vs. | |
| **Mi Columbia Restaurant, LLC** | |
| **Defendant.** | |

## ENTRY OF DEFAULT

Plaintiff Innovative Sports Management, Inc. requested that the clerk of court enter default against defendant Mi Columbia Restaurant, LLC pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to answer, plead or otherwise defend, the default of defendant Mi Columbia Restaurant, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2022.

_____
Clerk of Court