# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., *doing business as Integrated Sports Media*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:21-cv-00872 |
| | ) Judge Trauger |
| MI COLUMBIA RESTAURANT, LLC, | )<br>) |
| Defendant. | ) |

## **O R D E R**

Given the fact that the defendant has not yet entered an appearance of record, and the plaintiff has filed a Motion for Entry of Default (Doc. No. 11), it is hereby ORDERED that the initial case management conference scheduled for February 7, 2022 is CONTINUED, to be reset, if appropriate, by later order of the court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge