# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INEGRATED SPORTS MEDIA, | ) ) ) ) |
| Plaintiff, | ) Case No. 3:21-cv-00872 ) ) Judge Aleta A. Trauger |
| v. | ) ) |
| MI COLUMBIA RESTAURANT, LLC, | ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

Pending is Plaintiff Innovative Sports Management Inc.'s Motion for Entry of Default against Defendant Mi Columbia Restaurant, LLC pursuant to Federal Rule of Civil Procedure 55(a). (Doc. No. 11). For the following reasons, Plaintiff's Motion is **GRANTED**.

Plaintiff filed its complaint against Defendant on November 18, 2021. (Doc. No. 1). Summons was issued as to Defendant on November 22, 2021 (Doc. No. 9). On December 27, 2021, Plaintiff returned the Summons and Proof of Service declaration executed by private process server Bryan Porter. (Doc. No. 10). Porter declares under penalty of perjury that he personally served the Summons and Complaint on Andres Isaza, Defendant's registered agent for service of process on November 29, 2021. (Doc. No. 10 at PageID # 26). On January 31, 2022, Plaintiff filed the pending Motion for Entry of Default. (Doc. No. 11). On March 4, 2022, Plaintiff filed a supplemental Declaration in support of the Motion. (Doc. No. 13).

Pursuant to Local Rule 55.01, motions for entry of default against legal entities under Fed. R. Civ. P. 55(a) must be accompanied by an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746 verifying proof of service and the opposing party's failure to plead or otherwise

1

defend. L.R. 55.01. In support of Plaintiff's Motion, Plaintiff submits the Declaration of Michael F. Braun (Doc. No. 13). Braun declares that Defendant was served via its registered agent for service of process on November 29, 2021. *Id.* Service is further supported by the Proof of Service declaration filed on December 27, 2021 (Doc. No. 10). Upon review of the record, Defendant has failed to enter an appearance or otherwise defend this action.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Accordingly, Plaintiff's Motion for Entry of Default (Doc. No. 11) is **GRANTED.**

s/ Lynda M. Hill<br>Lynda M. Hill<br>Clerk of Court